UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES MURPHY, ON BEHALF OF
HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

           Plaintiffs,

v.

PRIMARY KIDS, INC.,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-05342-PAE-BCM

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, PRIMARY KIDS, INC.

Dated: New York, New York
       October 11, 2024

**GOTTLIEB & ASSOCIATES PLLC**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge

SO ORDERED.

*Paul A. Engelmayer* (signature)

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 15, 2024
New York, New York